IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NATIONAL TRUST INSURANCE, CO., | : | |
| | : | |
| Plaintiff, | : | |
| vs. | : | CA 10-0710-KD-C |
| MAGNOLIA ENTERPRISES, INC., et al., | : | |
| | : | |
| Defendants. | | |

## ORDER

Plaintiff's motion to extend the discovery deadline (Doc. 35) is **GRANTED**. Paragraph 2 of the Rule 16(b) scheduling order entered on March 21, 2011 (Doc. 26), is amended to provide as follows:

2. <u>DISCOVERY COMPLETION DATE</u>. All discovery is to be completed on or before **September 1, 2011**. **Requests for extension will be viewed with great disfavor and will not be considered except upon a showing (1) that extraordinary circumstances require it <u>and</u> (2) that the parties have diligently pursued discovery.**

For all actions, "completed" means that all depositions have been taken; interrogatories, requests for admissions, and requests for production filed and responded to; physical inspections and testing concluded; physical and mental examinations concluded; and motions to compel filed.

**DONE** and **ORDERED** this 1st day of August, 2011.

    s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**